IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EBONY CHAMBERS STILLWELL,

    Petitioner,

v.                                                                   4:18cv317–WS/CAS

CRAIG E. COIL, WARDEN,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed November 1, 2018. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED

and incorporated by reference into this order of the court.

    2. The respondent's motion to dismiss (doc. 8) is GRANTED.

    3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED for lack of jurisdiction.

    4. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction."

    DONE AND ORDERED this __6th__ day of __December__, 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE